# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louisa Rettler; David Hicks,<br><br>           Plaintiffs,<br><br>v.<br><br>Robert Newsom; Barbara Goodsell,<br><br>           Defendants. | No. CV-12-02489-PHX-NVW<br><br>**ORDER OF DISMISSAL** |

The parties having agreed to settlement pursuant to their Notice of Settlement and Stipulated Motion to Dismiss (Doc. 27),

IT IS THEREFORE ORDERED dismissing this matter with prejudice with each party to bear their own attorneys' fees and costs.

Dated this 23rd day of October, 2013.

_Neil V. Wake_
Neil V. Wake
United States District Judge